UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| JOHNNY E. MCMAHON, | Case No. 3:26-cv-00472-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENEBACH,[1] | |
| Respondents. | |

Petitioner Johnny E. McMahon, a *pro se* Nevada prisoner, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1 ("Petition")), and an Application to Proceed *In Forma Pauperis* ("IFP") (ECF No. 1).

A $5.00 filing fee is required to initiate a habeas action in a federal district court. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees. The Court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency. *See* 28 U.S.C. § 1915; LR 1-1, 1-2. The IFP application must be submitted on the form provided by the Court and must include specific financial information and a declaration confirming under the penalty of perjury that the financial information is true. *See id.* McMahon's financial certificate shows he can pay the $5 filing fee. (ECF No. 4.) Thus, he does not qualify for a fee waiver.

It is therefore ordered that Petitioner Johnny E. McMahon's Application to Proceed

[1]According to the state corrections department's inmate locator page, McMahon is presently incarcerated at Lovelock Correctional Center (LCC). *See* NDOC Inmate Search. The LCC website reflects that Nethanjah Breitenbach is the current Warden for LCC. *See* Lovelock Correctional Center Facility | Nevada Department of Corrections. At the end of this Order, the Court directs the Clerk of the Court to substitute McMahon's current immediate physical custodian, Nethanjah Breitenbach, as Respondent for the prior Respondent the State of Nevada. *See* Fed. R. Civ. P. 25(d).

*In Forma Pauperis* (ECF No. 1) is denied.

It is further ordered that McMahon must pay the $5 filing fee by July 31, 2026. The Clerk of Court is instructed to send McMahon two copies of this Order. If McMahon decides to pay the filing fee from his inmate account, he must arrange to have a copy of this Order attached to the check for the filing fee.

It is further ordered that McMahon's failure to comply with this Order by paying the filing fee by July 31, 2026, will result in the dismissal of this action without prejudice and without further advance notice.

It is further ordered that the Clerk of Court substitute Nathanjah Breitenbach as respondent in lieu of the State of Nevada.

It is further ordered that the initial screening of the Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases and consideration of McMahon's motion to enlarge page count (ECF No. 1-2) are deferred until such time as McMahon has fully complied with this Order.

DATED THIS 25th Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE